# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
## CRIMINAL DOCKET FOR CASE #: 5:17-mj-01679-JG-1

Case title: USA v. Medina-Serrano  
Other court case number: 17-435 District of Puerto Rico

Date Filed: 07/25/2017

Assigned to: Magistrate Judge James E. Gates

**Defendant (1)**

**Carmen Medina-Serrano**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| The defendant herein, willfully and knowingly did steal, purloin, and convert to the use of another a thing of value of the United States in an amount over $1,000, that is prescription medications belonging to the VAMC Out-Patient Pharmacy in San Juan, Puerto Rico. All in violation of Title 18, United States Code, Section 641. | |

**Plaintiff**

USA	represented by **Eleanor Morales**  
U.S. Attorney's Office  
310 New Bern Avenue, Suite 800

Raleigh, NC 27601
919-856-4530
Email: eleanor.morales@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2017 | 1 | Arrest (Rule 5) of Carmen Medina-Serrano. (Horton, B.) (Additional attachment(s) added on 7/25/2017: # 1 Arrest Warrant) (Horton, B.). (Entered: 07/25/2017) |
| 07/25/2017 | | Set Hearing as to Carmen Medina-Serrano: Initial Appearance set for 7/26/2017 at 01:00 PM in Raleigh - 6th Floor Courtroom before Magistrate Judge James E. Gates. (Horton, B.) (Entered: 07/25/2017) |
| 07/26/2017 | 2 | CJA 23 Financial Affidavit by Carmen Medina-Serrano. (Horton, B.) (Entered: 07/26/2017) |
| 07/26/2017 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Carmen Medina-Serrano. Signed by Magistrate Judge James E. Gates on 7/26/2017. (Horton, B.) (Entered: 07/26/2017) |
| 07/26/2017 | 4 | Waiver of Rule 5(c)(3) Hearing by Carmen Medina-Serrano. (Horton, B.) (Entered: 07/26/2017) |
| 07/26/2017 | | ORAL MOTION to Unseal Case filed by USA as to Carmen Medina-Serrano. (Horton, B.) (Entered: 07/26/2017) |
| 07/26/2017 | | ORAL ORDER granting Oral Motion to Unseal Case as to Carmen Medina-Serrano (1). Entered by Magistrate Judge James E. Gates on 7/26/2017. (Horton, B.) (Entered: 07/26/2017) |
| 07/26/2017 | 5 | Minute Entry for proceedings held before Magistrate Judge James E. Gates in Raleigh.Initial Appearance in Rule 5 Proceedings as to Carmen Medina-Serrano held on 7/26/2017. Interpreter (Spanish) sworn. The government moves to unseal this matter in its entirety. The court allows the government's motion to unseal this matter in its entirety. Assistant U.S. Attorney present for government. Defendant requests counsel. Federal Public Defender appointed. Defendant advised of rights, charges and maximum punishments. Government does not move for detention. Defendant waives her Rule 5 Identity hearing. The court finds that the defendant knowingly and voluntarily provides her Waiver of Rule 5 Hearing. The court accepts defendant's waiver. The court finds that the defendant is in fact the Carmen Medina-Serrano named in the indictment issued out of the District of Puerto Rico. Defendant advises that she would like to have her case transferred to the Eastern District of North Carolina. The government states for the record that they opposed the transferring of this matter to the Eastern District of North Carolina. The court enters Conditions of Release. The court enters Order to Appear in Another |

| | | |
|---|---|---|
| | | District. (Court Reporter - FTR) (Horton, B.) (Entered: 07/26/2017) |
| 07/26/2017 | 6 | ORDER REQUIRING DEFENDANT TO APPEAR IN ANOTHER DISTRICT as to Carmen Medina-Serrano. Signed by Magistrate Judge James E. Gates on 7/26/2017. (Horton, B.) (Entered: 07/26/2017) |
| 07/26/2017 | 7 | ORDER Setting Conditions of Release. Signed by Magistrate Judge James E. Gates on 7/26/2017. (Horton, B.) (Entered: 07/26/2017) |